No. 90–44. GREEN v. SNOW ET UX. C. A. 4th Cir. Certiorari denied.

No. 90–870. SOCIETY NATIONAL BANK ET AL. v. WARREN ET UX. C. A. 6th Cir. Certiorari denied.

No. 90–1169. PLANNED PARENTHOOD FEDERATION OF AMERICA, INC., ET AL. v. AGENCY FOR INTERNATIONAL DEVELOPMENT ET AL. C. A. 2d Cir. Certiorari denied.

No. 90–1195. LEARY v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 90–1237. THEIS v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 90–1290. BAGDON v. FIRESTONE TIRE & RUBBER CO. C. A. 7th Cir. Certiorari denied.

No. 90–1297. WEBSTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–1355. PATEL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 90–1406. ROWE INDUSTRIES, INC. v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 90–1414. NORTH DAKOTA BOARD OF UNIVERSITY AND SCHOOL LANDS v. MADIGAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–1420. MCKINNEY ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–1467. CHURCH OF SCIENTOLOGY OF CALIFORNIA v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.